# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:*<br><br>**Constellation Enterprises LLC,** *et al.,*[1]<br><br>**Debtors.** | Chapter 11<br><br>Case No. 16-11213 (CSS)<br><br>Jointly Administered<br><br>Civil Action No. 17-757 (RGA)<br><br>BAP No. 17-18<br><br>**Related Documents: 560, 600, 607, 611, 613, 620, 698, 701, 702, 703, 732, 746, 759, 764, 767, 775, 770, 776, 945, 946, 947 and 948** |

## COUNTERDESIGNATION OF RECORD ON APPEAL
## PURSUANT TO FED. R. BANKR. P. 8009(a) OF THE DDTL PARTIES

The Prepetition DDTL Lenders and the Prepetition DDTL Agent (collectively, the "**DDTL Parties**"), by and through their undersigned counsel, hereby submit the following counterdesignation of additional items to be included in the record in connection with the Unsecured Creditors' Committee's (the "**UCC**") appeal from the Bankruptcy Court Order of May 16, 2017 [D.I.963] denying approval of the *Joint Motion of Debtors and Creditors' Committee for an Order Approving Settlement by and Among the Debtors, the Creditors' Committee, the Purchaser and the Ad Hoc Noteholder Group*, dated September 8, 2016 [D.I. 560] (the "**Settlement Motion**").[2]

---

[1] The debtors in these cases (collectively, the "Debtors"), along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: Constellation Enterprises LLC (9571); JFC Holding Corporation (0312); The Jorgensen Forge Corporation (1717); Columbus Holdings Inc. (8155); Columbus Steel Castings Company (8153); Zero Corporation (0538); Zero Manufacturing, Inc. (8362); Metal Technology Solutions, Inc. (7203); Eclipse Manufacturing Co. (1493); and Steel Forming, Inc. (4995). The debtors' mailing address is 50 Tice Boulevard, Suite 340, Woodcliff Lakes, NJ 07677.

[2] The Court was asked and agreed to take judicial notice of the pleadings on the docket of the Debtors' cases. (Tr. 141).

| Item No. | Filing Date | ECF Doc. No. | Pleading/Document |
|---|---|---|---|
| 1. | 08/15/16 | 494 | Notice Of Amended Agenda Of Matters Scheduled For Hearing On August 16, 2016 At 12:00 P.M. (ET) |
| 2. | 11/15/16 | 700 | United States' Consolidated Objection to the Joint Motion For Approval of a Settlement and the Debtors' Motion to Dismiss |
| 3. | 11/15/16 | 701 | The DDTL Parties' (I) Objection To The Debtors' Motion For Entry Of An Order Pursuant To Sections 105(A), 305(A) And 1112(B) Of The Bankruptcy Code And Bankruptcy Rule 1017 Authorizing Dismissal Of The Debtors' Cases Under Certification Of Counsel And (Ii) Supplemental Objection To The Joint Motion Of Debtors And Creditors' Committee For An Order Approving Settlement By And Among The Debtors, The Creditors' Committee, The Purchaser And The Ad Hoc Noteholder Group |
| 4. | 11/15/16 | 702 | United States Trustee's Objection To Debtors' Motion For Entry Of An Order Pursuant To Sections 105(A), 305(A) And 1112(B) Of The Bankruptcy Code And Bankruptcy Rule 1017 Authorizing Dismissal Of The Debtors' Cases Under Certification Of Counsel |
| 5. | 11/15/16 | 703 | United States' Consolidated Objection To The Joint Motion For Approval Of A Settlement And The Debtor's Motion To Dismiss |
| 6. | 11/29/16 | 732-3 | Exhibit B: CE Liquidating Trust Binding Claims Mediation Agreement |
| 7. | 12/13/16 | 746 | United States' Objection To The Unsecured Creditors' Committee's Motion For Approval Of The Liquidating Trust Agreement And The Binding Claims Mediation Agreements |
| 8. | 12/19/16 | 770-1 | Exhibit B: Revised version of the Liquidating Trust Agreement.<br><br>Exhibit B-1: Blackline comparing the revised Liquidating Trust Agreement to the original form filed at D.I. 732. |
| 9. | 12/16/16 | 778 | Debtors' Statement With Respect To Objections To The Debtors' Motion For Entry Of An Order Pursuant To Sections 105(A), 305(A) And 1112(B) Of The Bankruptcy Code And Bankruptcy Rule 1017 Authorizing Dismissal Of The Debtors' Cases Under Certification Of Counsel |

| Item No. | Filing Date | ECF Doc. No. | Pleading/Document |
|---|---|---|---|
| 10. | 05/05/17 | 945 | United States Trustee's Supplemental Objection To (1) Joint Motion Of Debtors And Creditors' Committee For An Order Approving Settlement By And Among The Debtors, The Creditors' Committee, The Purchaser And The Ad Hoc Noteholder Group And (2) Debtors' Motion For Entry Of An Order Pursuant To Sections 105(A), 305(A) And 1112(B) Of The Bankruptcy Code And Bankruptcy Rule 1017 Authorizing Dismissal Of The Debtors' Cases Under Certification Of Counsel |
| 11. | 05/05/17 | 946 | United States' Supplemental Objection To The Joint Motion Of The Debtors And Creditors' Committee For An Order Approving Settlement By And Among The Debtors, The Creditors' Committee, The Purchaser, And The Ad Hoc Noteholder Group |
| 12. | 05/05/17 | 948-8 | Exhibit 8: *In re ICL Holding Company, Inc.* Settlement Term Sheet |
| 13. | 05/05/17 | 948-10 | Exhibit 10: LaForge Deposition |
| 14. | 6/16/16 | 262 | Transcript regarding Hearing Held 6/15/2016 RE: Omnibus/Second Day Motions |
| 15. | 8/18/16 | 509 | Transcript regarding Hearing Held 8/16/16 RE: Sale/Final DIP |
| 16. | 10/13/16 | 662 | Transcript regarding Hearing Held 10/6/2016 |
| 17. | 3/31/17 | 901 | Transcript regarding Hearing Held 3/29/2017 RE: Status Conference |
| 18. | 6/16/17 | 999 | Final Application for Compensation of Imperial Capital, LLC for the period May 16, 2016 to November 30, 2016 |
| 19. | 6/16/17 | 1000 | Final Application for Compensation of Epiq Bankruptcy Solutions, LLC for the period May 16, 2016 to June 15, 2017 |
| 20. | 6/16/17 | 1001 | Final Application for Compensation of Kramer Levin Naftalis & Frankel LLP for the period May 17, 2016 to July 14, 2017 |
| 21. | 6/16/17 | 1002 | Final Application for Compensation of Richards, Layton & Finger, P.A. for the period May 16, 2016 to July 14, 2017 |
| 22. | 6/23/17 | 1008 | Motion to Convert Chapter 11 Case to a Case Under Chapter 7 |

| Item No. | Filing Date | ECF Doc. No. | Pleading/Document |
|---|---|---|---|
| 23. | 6/23/17 | 1010 | Joint Motion to Withdraw as Attorney // Joint Motion of Kramer Levin Naftalis & Frankel LLP and Richards, Layton & Finger, P.A. to Withdraw as Counsel to Constellation Enterprises LLC and its Affiliated Debtors |

Case 1:17-cv-00757-RGA   Document 4   Filed 06/28/17   Page 5 of 5 PageID #: 16

| | |
|---|---|
| Dated:  June 27, 2017<br>            Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>/s/ *Andrew R. Remming*<br>Robert J. Dehney<br>Andrew R. Remming<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19811<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: rdehney@mnat.com<br>aremming@mnat.com<br><br>– and –<br><br>FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br><br>Gary L. Kaplan (admitted *pro hac vice*)<br>Matthew M. Roose (admitted *pro hac vice*)<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, New York 10004<br>Telephone: (212) 859-8000<br>Facsimile: (212) 859-4000<br>Email: gary.kaplan@friedfrank.com<br>matthew.roose@friedfrank.com<br><br>*Co-Counsel to Private Equity Opportunities LP* |

5

13894628